UNITED STATES of America,
Plaintiff–Appellee,

v.

Major Boyd WHITLEY, Defendant–
Appellant.

No. 14–7424.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 26, 2015.

Decided: April 8, 2015.

Major Boyd Whitley, Appellant Pro Se.
Michael Francis Joseph, Angela Hewlett
Miller, Assistant United States Attorneys,
Terri–Lei O'Malley, Office of the United
States Attorney, Greensboro, North Car-
olina, for Appellee.

Before WILKINSON, SHEDD, and
DIAZ, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Major Boyd Whitley seeks to appeal the
district court's order accepting the recom-
mendation of the magistrate judge and
denying relief on his 28 U.S.C. § 2255
(2012) motion. The order is not appeal-
able unless a circuit justice or judge issues
a certificate of appealability. 28 U.S.C.
§ 2253(c)(1)(B) (2012). A certificate of ap-
pealability will not issue absent "a substan-
tial showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2012).
When the district court denies relief on the
merits, a prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that the district court's assess-
ment of the constitutional claims is debata-
ble or wrong. *Slack v. McDaniel,* 529
U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d
542 (2000); *see Miller–El v. Cockrell,* 537
U.S. 322, 336–38, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003). When the district
court denies relief on procedural grounds,
the prisoner must demonstrate both that
the dispositive procedural ruling is debata-
ble, and that the motion states a debatable
claim of the denial of a constitutional right.
*Slack,* 529 U.S. at 484–85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Whitley has not
made the requisite showing. Accordingly,
we deny a certificate of appealability and
dismiss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*DISMISSED.*